No. 78–451.   NELSON ET AL. *v.* BUTLER ET AL.   C. A. 9th Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 78–268.   GILLESPIE ET AL. *v.* SCHWARTZ ET AL.; and

No. 78–361.   BOSTON HOSPITAL FOR WOMEN *v.* SCHWARTZ ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would grant certiorari. Reported below: 579 F. 2d 194.